UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MARIA SZALAY, et al.,<br><br>　　　　　　　Defendants. | NO:  CV-13-11-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80114<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS R. ANDREW KOVATS AS A DEFENDANT |

**BEFORE THE COURT** is the parties' Stipulated Motion to Dismiss R. Andrew Kovats as a defendant in this case, ECF No. 60.  Having reviewed the motion and pursuant to the Settlement Agreement entered into by the parties, the

ORDER GRANTING STIPULATED MOTION TO DISMISS R. ANDREW KOVATS AS A DEFENDANT ~ 1

1 Court finds good cause to grant the motion. Accordingly, **IT IS HEREBY**

2 **ORDERED**:

3     1. The parties' Stipulated Motion to Dismiss, **ECF No. 60**, is **GRANTED**.

4     2. R. Andrew Kovats is hereby dismissed as a defendant in this case, with

5        prejudice, and with each party to bear its own attorneys' fees and costs.

6 The District Court Clerk is directed to enter this Order, to **terminate R.**

7 **Andrew Kovats as a defendant**, and to provide copies of this Order to counsel.

8 **DATED** this 15th day of May 2014.

                            *s/ Rosanna Malouf Peterson*
                          ROSANNA MALOUF PETERSON
                     Chief United States District Court Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS R. ANDREW KOVATS AS A DEFENDANT ~ 2