UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                  Debtor,<br><hr>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>MOHSEN BAGHERIAN, et al,<br><br>                  Defendants. | NO:  CV-13-11-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br><br>Adv. Proc. No. 11-80097-PCW11<br><br>ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT 377897 BC LTD |

**BEFORE THE COURT** is the parties' Stipulated Motion for Entry of

Judgment under Rule 54(b) Against Defendant 377897 BC, Ltd.  ECF No. 63.

Having reviewed the motion and relevant filings, the Court finds good cause to

grant the motion.

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT
AGAINST DEFENDANT 377897 BC LTD ~ 1

1    Accordingly, **IT IS HEREBY ORDERED** that the parties' Stipulated

2    Motion for Entry of Judgment, **ECF No. 63**, is **GRANTED**.  Judgment shall be

3    entered against Defendant 377897 BC, Ltd.

4        The District Court Clerk is hereby directed to enter this Order and to provide

5    copies to counsel.

6        **DATED** this 10th day of July 2014.

7

8                                    *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
9                          Chief United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT
AGAINST DEFENDANT 377897 BC LTD ~ 2