UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor,<br>―――――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>MOHSEN BAGHERIAN, et al.,<br>　　　　　　　　Defendants. | NO: CV-13-11-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80097-PCW11<br><br>STIPULATED JUDGMENT AGAINST DEFENDANT 377897 BC, LTD |

**JUDGMENT SUMMARY**

1. Judgment Creditor:　　　　Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

2. Attorneys for Judgment
　 Creditor:　　　　　　　　Witherspoon Kelley

STIPULATED JUDGMENT AGAINST DEFENDANT 377897 BC, LTD ~ 1

| | | |
|---|---|---|
| 3. | Judgment Debtor: | 377897 BC, LTD. |
| 4. | Attorneys for Judgment Debtor: | Foster Pepper, PLLC |
| 5. | Judgment Amount (Principal): | $550,000.00 CAD |
| 6. | Interest Rate on Judgment: | .09%  (28 U.S.C. § 1961) |

## I.    STIPULATION

Plaintiff Bruce P. Kriegman, solely in his capacity as the Trustee under the Liquidating Trust established pursuant to the confirmed Chapter 11 Plan of LLS America, LLC ("Plaintiff"), by and through his undersigned counsel, and 377897 BC, Ltd. ("Defendant"), by and through its undersigned counsel, pursuant to the terms of their duly executed settlement agreement, stipulate to the entry of judgment against Defendant in favor of Plaintiff in the principal amount of $550,000.00 in Canadian dollars, with interest accruing thereon at the United States Federal judgment rate pursuant to 28 U.S.C. § 1961(a), which is currently .09% per annum, to be compounded annually.

Defendant further stipulates pursuant to the terms of its duly executed settlement agreement that this is a final, non-appealable judgment and that it has no rights of any kind to appeal this judgment after it is entered.  Defendant further

STIPULATED JUDGMENT AGAINST DEFENDANT 377897 BC, LTD ~ 2

covenants and agrees that the Judgment shall be fully enforceable in Canada and waives all rights to contest the Judgment on any basis.

Stipulated this 30th day of May, 2014.

WITHERSPOON KELLEY

  */s/ Shelley N. Ripley*
Shelley N. Ripley, WSBA No. 28901
Attorneys for Plaintiff

FOSTER PEPPER, PLLC                              377897 BC, LTD.

  *s/ Dillon Jackson*                              By: *s/ Murray Johns*
Dillon Jackson, WSBA No. 1539            MURRAY JOHNS, President
Attorneys for Defendant

## II.    JUDGMENT

Based upon the above Stipulation of the parties, **IT IS HEREBY ORDERED** that Plaintiff Bruce P. Kriegman, solely in his capacity as the Trustee under the Liquidating Trust established pursuant to the confirmed Chapter 11 Plan of LLS America, LLC, is awarded judgment against Defendant 377897 BC, Ltd., in the principal sum of $550,000.00 in Canadian dollars.  Interest shall accrue on this judgment at the rate of .09% per annum, to be compounded annually, pursuant to 28 U.S.C. § 1961.

STIPULATED JUDGMENT AGAINST DEFENDANT 377897 BC, LTD ~ 3

It is further ordered that this Judgment is non-appealable pursuant to the parties' stipulation, the Judgment shall be fully enforceable in Canada, and Defendant waives all rights to contest the Judgment on any basis.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Judgment and to provide copies to counsel.

**DATED** this 10th day of July 2014.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      Chief United States District Court Judge