FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　Consolidated Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as Liquidating Trustee,<br><br>　　　Plaintiff,<br><br>v.<br><br>MARIA SZALAY, et al.,<br><br>　　　Defendants. | NO: 2:13-CV-11-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80097-PCW11<br><br>ORDER GRANTING MOTION TO DISMISS CASE |

BEFORE THE COURT, without oral argument, is Plaintiff Bruce P. Kriegman's Motion for Order of Dismissal, ECF No. 103. Plaintiff moves to dismiss his claims asserted against Defendant Maria Szalay pursuant to Fed. R. Civ. P. 41(a)(2). *Id.* Based upon Plaintiff's Motion and the files and pleadings herein, the Court finds that there is good cause to dismiss Plaintiff's claims against

ORDER GRANTING MOTION TO DISMISS CASE ~ 1

Defendant Maria Szalay **without prejudice**, and without fees or costs to any party.

Accordingly, **IT IS HEREBY ORDERED**:

    1.    Plaintiff's Motion for Order of Dismissal, **ECF No. 103**, is **GRANTED**.

    2.    Plaintiff's claims against Defendant Maria Staley are dismissed without prejudice and without costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** July 25, 2022.

                                  *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
                                Senior United States District Judge